No. 09-11281. Cherie D. Hawkins, Petitioner v. Social Security Administration.

562 U.S. 871, 131 S. Ct. 390, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 6536.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 368 Fed. Appx. 136.